**SOBSTAD CORPORATION, Plaintiff–Cross Appellant,**

v.

**WINDWAY CAPITAL CORPORATION, North Sails Group, Inc., North Sails Group, LLC., Thomas A Whidden, Jay Hansen, and Terry Kohler, Defendants–Appellants.**

Nos. 01–1081, 01–1082.

United States Court of Appeals, Federal Circuit.

Sept. 10, 2001.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).